# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOSHUA D. FRANKLIN,**

    **Plaintiff,**

**v.**                                                           **Case No. 4:22-cv-388-AW-MAF**

**RON DESANTIS, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's November 14, 2022 Report and Recommendation. ECF No. 3. There has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.    The Report and Recommendation (ECF No. 3) is adopted and incorporated into this order.

2.    The clerk will enter a judgment that says, "Plaintiff's complaint is dismissed without prejudice as malicious for abuse of the judicial process."

3.    The clerk will close the file.

SO ORDERED on December 14, 2022.

                                                       s/ *Allen Winsor*
                                                       United States District Judge